CODE:   NOTC

CHRISTOPHER ERIC MUMM, JD.
California Bar #131236
Nevada Bar #3314
10475 Double R Boulevard
POST OFFICE BOX    11400
Reno, NV, USA 89510-1400
PH: 775-322-2345
FX: 775-851-7473

Defendant's attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***********

PATRICIA A. HEISSER METOYER
and LUKE C. METOYER SR.,

        Plaintiffs,

  vs.

ASSET ACQUISITION GROUP LLC
a Colorado corporation;
ALVIE-BENNETT, LLC, a Nevada
limited liability company;
and, GERALD A. PHILIPS; *ET AL.*,

        Defendants.
_____/

Case: 2:10-CV-0441-LDG-RJJ

**DEFENDANT'S NOTICE TO WITHDRAW FUGITIVE DOCUMENT ENTITLED "DEFENDANT'S JOINT MOTION TO DISMISS"**

    **COME NOW** ALVIE-BENNETT LLC and GERALD A. PHILLIPS, jointly, (hereinafter, collectively, *AB-LLC*), represented by and through their counsel, CHRISTOPHER E. MUMM, ESQ., to NOTICE this Honorable Court that a document entitled "DEFENDANT'S JOINT MOTION TO DISMISS" was lodged in error as a fugitive document by Defendant's counsel and is hereby withdrawn.

    **DATED**: This 30^(TH) day of SEPTEMBER, 2010.

                               /s/ Christopher E. Mumm
    ORDER               Christopher E. Mumm, Esq.,
IT IS SO ORDERED.        Alvie Bennett LLC and
DATED: this ___ day of October, 2010.  Gerald A. Phillips's attorney

_____
Lloyd D. George
Sr. U.S. District Judge