CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICIA A. HEISSER METOYER and
LUKE C. METOYER SR.,

    Plaintiffs,

vs.

ASSET ACQUISITION GROUP, LLC, a Colorado corporation, ALVIE-BENNETT, LLC, a Nevada limited liability company, d/b/a THE LAW OFFICES OF PHILLIPS, HARPER & HARPER a/k/a LAW OFFICES OF GERALD A. PHILLIPS, and GERALD A. PHILLIPS, individually, and DOES I-V, inclusive and ROE Corporations VI-X, inclusive,

    Defendants.

CASE NO.: 2:10-cv-00441-LDG-RJJ

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their respective counsel of record, hereby stipulate and agree to the dismissal, with prejudice, of the entire action, with each party to bear their own fees and costs incurred herein.

DATED this ___ day of November 2010.

_____
CRAIG B. FRIEDBERG
*Attorney for Plaintiffs*

DATED this ___ day of November 2010.

_____
CHRISTOPHER E. MUMM
*Attorney for Alvie-Bennett LLC and Gerald A. Phillips*

IT IS SO ORDERED.

DATED this ___ day of November 2010.

BULLIVANT HOUSER BAILEY PC

By:_____
RICHARD DREITZER
*Attorneys for Defendants,*
*ASSET ACQUISITION GROUP, LLC*

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

_____
DATE

CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICIA A. HEISSER METOYER and
LUKE C. METOYER SR.,

    Plaintiffs,

vs.

ASSET ACQUISITION GROUP, LLC, a Colorado corporation, ALVIE-BENNETT, LLC, a Nevada limited liability company, d/b/a THE LAW OFFICES OF PHILLIPS, HARPER & HARPER a/k/a LAW OFFICES OF GERALD A. PHILLIPS, and GERALD A. PHILLIPS, individually, and DOES I-V, inclusive and ROE Corporations VI-X, inclusive,

    Defendants.

CASE NO.: 2:10-cv-00441-LDG-RJJ

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their respective counsel of record, hereby stipulate and agree to the dismissal, with prejudice, of the entire action, with each party to bear their own fees and costs incurred herein.

DATED this ___ day of November 2010.
November 2010.

_____
CRAIG B. FRIEDBERG
*Attorney for Plaintiffs*

DATED this ___ day of November 2010.

_____
CHRISTOPHER E. MUMM
*Attorney for Alvie-Bennett LLC and Gerald A. Phillips*

DATED this 7th day of Nov., 2010

BULLIVANT HOUSER BAILEY PC

By: _____
RICHARD DREITZER
*Attorneys for Defendants,*
*ASSET ACQUISITION GROUP, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

_____
DATE